RANALLI v. ZEPPETELLI.

(Supreme Court, Appellate Term. June 22, 1905.)

1. CONTRACTS—LEASE—MERGER.
    The arrangements for a leasing are merged in the lease executed.
    [Ed. Note.—For cases in point, see vol. 11, Cent. Dig. Contracts, §§ 1129, 1130.]

2. LEASE—REFORMATION.
    A lease executed under a mutual mistake may be reformed.
    [Ed. Note.—For cases in point, see vol. 42, Cent. Dig. Reformation of Instruments, §§ 74–76.]

Appeal from Municipal Court, Borough of Manhattan, Second District.

94 N.Y.S.—36

Action by Cosimo Ranalli against Pietro Zeppetelli. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and DUGRO and MacLEAN, JJ.

Joseph Gifuni, for appellant.

Frank A. Acer, for respondent.

PER CURIAM. The action was upon a contract, and no contract that would warrant a recovery by the plaintiff was shown. The arrangement that preceded the lease was merged in the lease. If the lease was executed under a mutual mistake of fact, it may be reformed, and appropriate relief thereupon had.

The judgment will be reversed, and a new trial ordered, with costs to appellant to abide the event.